# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TILLMAN, | Case No. ED CV 17-0330 PA (JCG) |
|     Petitioner, | **JUDGMENT** |
| v. | |
| KELLY SANTORO, *Warden*, | |
|     Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation to Dismiss Action as Untimely and this Court's Order Accepting Report and Recommendation of United States Magistrate Judge.

DATED: May 1, 2017

                    HON. PERCY ANDERSON
                    UNITED STATES DISTRICT JUDGE